# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148370

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JAMES OLDHAM,
      Plaintiff-Appellee,
and

IRON WORKERS' HEALTH FUND OF
EASTERN MICHIGAN,
      Intervening Plaintiff-Appellee,

v

SC: 148370
COA: 314937
MCAC: 12-000077

A.J. STEEL ERECTORS, L.L.C. and
FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Defendants-Appellants,
and

WOODRUFF CONTRACTING, INC. and
SECURA INSURANCE COMPANY,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the November 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

t0324